**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUDITH FREI; SANDRA RHODES;
CHARLES RHODES; SHIRLEY HART;
WILLIAM MURPHY; BONNIE MURPHY;
JAMES WALZ; MARY BETH WALZ; TRIO
CALDWELL; BEVERLY CALDWELL;
ALBERT DELSANTRO; CHARLOTTE
DELSANTRO; ANNA THOMAS; CHARLES
DAVID SMEDLEY; EDWARD FRISCO;
LARRY E. ROBINSON; CECIL BARKLEY;
NANCY MILLER; LARRY JUNKIN;
ARTHUR L. CHURCH; MABLE CHURCH;
JACQUELINE BOYD; CORTIS BOYD;
BRIAN SUKENIK; SANDRA WHITE;
ROGER WHITE; MARY WATERS; KEVIN
HILTON; CLINTON HUMPHREY; TENNA
HUMPHREY; BONNIE GREEN; MICHAEL
HESS; SANDRA BONEKEMPER; NANCY
HAGERMAN; GARY MELTON; DIXIE
MELTON; CHRISTOPHER FREEMAN;
JUDITH FREEMAN; CAROLYN SUE BEAN;
MARK THOMPSON; ADA DUFFY; JEFFRIE
HARRISON; CHRISTEN HARRISON;
RANIERE CASERTA; COUCHITA CASERTA;
DON AMBURGEY; JOYCE AMBURGEY;
MONA SIMMONS; TRINA OWEN; RUBIE
HODA; BILLY WEST; MONA WINDHAM;
RONNIE WINDHAM; JEANNE COLBORNE;
TRACIE SHOLLENBARGER; WILLIAM
SHELTON; JANICE SHELTON; PINK JONES;
ANNIE JONES; CYNTHIA SKILES;
RAYMOND SKILES; JAMES SKINNER;
DAVID WHITLOCK; JACQUELINE
WHITLOCK; CONNIE LUTE; EARL HINES;
and DIANA HINES

                       Plaintiffs,

    -against-

19 **CIVIL** 2939 (VB)

## **JUDGMENT**

TARO PHARMACEUTICALS U.S.A., INC.,
and DOES 1-10, inclusive,
                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2020, Taro's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
March 11, 2020

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/11/2020